FILED - MQ
July 24, 2026 1:57 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
By: neg SCANNED BY: AG 7-24

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Chance William Perkins, 358032

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

v.

1:26-cv-2158
**Ray Kent**
**U.S. Magistrate Judge**

Candi mason

~~[illegible]~~

~~[illegible]~~

+ M.D.O.C. Ect. Et. Al.

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

**COMPLAINT**
*(Print Clearly)*

I. **Previous Lawsuits**

**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $405.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility? Yes ☒ No ☐

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   District court Western District

2. Is the action still pending? Yes ☒ No ☐

   a. If your answer was no, state precisely how the action was resolved: N/A

3. Did you appeal the decision? Yes ☐ No ☒ N/A

4. Is the appeal still pending? Yes ☐ No ☒ N/A

   a. If not pending, what was the decision on appeal? N/A

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐ No ☒

   a. If so, explain: N/A

 (W.D. Mich. Form – Last Revised: September 2021)

## II. Parties

### A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff Chance William Perkins 358032

Place of Present Confinement OAKs Correctional facility

Address 1500 Caberfae Hwy, manistee MI, 49660

Place of Confinement During Events Described in Complaint ECF OAKs Correctional facility ECF

### B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 T. Bassett

Position or Title Grievance Coordinator

Place of Employment OAKs Correctional facility M.D.O.C.

Address 1500 Caberfae Hwy manistee MI 49660

Official and/or personal capacity? Personal And official Capacity

Name of Defendant #2 M. Burgess

Position or Title warden

Place of Employment OAKs Correctional facility M.D.O.C.

Address 1500 Caberfae Hwy manistee MI 49660

Official and/or personal capacity? Personal and offical Capacity

Name of Defendant #3 [illegible]

Position or Title [illegible]

Place of Employment [illegible]

Address

Official and/or personal capacity?

Name of Defendant #4 Candi mason

Position or Title RN Nurse

Place of Employment OAKs Correctional facility M.D.O.C.

Address 1500 Caberfae Hwy manistee MI 49660

Official and/or personal capacity? Personal And official Capacity

Name of Defendant #5 C/O Swandt

Position or Title C/O officer

Place of Employment OAKs Correctional facility M.D.O.C.

Address 1500 Caberfae Hwy Manistee MI 49660

Official and/or personal capacity? Personal And offical Capacity

## III. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

Claim #1

C/O Swandt - reported to Medical of serious chest pains, seizure like episodes, on staff was Nurse Mason who called the unit where No staff informed me she called I wrote A CSJ-881 Body Camera form And left it on my locker C/O Swandt shook my cell Down And took this form Destroided it Because it was Evidence Against him Im sueing C/O Swandt for Destroying Evidence And refusing medical Attenting / refusing to tell me medical was on the Phone for me

#2. Nurse Candi mason - was informed 2-22-26 of A medical Emergency And instead of Sending me to medical she called the unit for the 2nd time Around 10:30 - 10:37 Am where I Explained what was wrong with me she called me A Liar Drug Addict And refused further care saying "I need to Leave medical Alone they Are Busy I told her my chest Pains Are worse she hung up the Phone stateing she Dont care She completly refused medical care for An Emergency A clear Violation of my right to health care under the 8th Ammendment then Harassed me with Name calling I.E. Drug Addict I filled out A Body Camera form And C/O Swandt took it from my room I Intend to Sue RN mason for Discriminatory Harassment, and refusing Health care Service this was in unit 2 on 2-22-26 at About 10:30 - 10:37 Am I was Not seen By medical this was very serious And Now Im Being retaliated by Nurse Mason this was Discriminatory Harassment, Deliberate indifferecen And A violation of my right to medical

#3. Grievance coordinator T. Bassett - Im Sueing for Destroying Evidence And Not filing correct Paperwork including retaliation, And Discriminatory Harrassment Because - I Filed A Grievance for refusal of Health Care And Being Called A Drug Addict & told to Leave medical Alone as well as C/O Swandt Steeling Evidence from my cell this T. bassett refused to file Proper Paperwork Due to A Personal Issue with me in An Attempt to Cover the Issue up I have Paper trail that Proves retaliation I have Proof I Filed the Grievance on time T. Bassett sent the Grievance Back un filed stapled was something he wrote to it saying "stop Being such A Bitch And Man up if you keep snitching on staff Im Going to reJect & Deny All your Grievances so stop snitching on staff" he then used the Grievance I wrote on him to Place me on restriction stateing I wrote A Duplicative Grievance which one was on medical And one was on Grievance coordinator for refusing to file And Destroing Evidence

Claim #4.

M. Burgess - Is involved Because I informed warden of Medical Nurse Actions And the Grievance Coordinator retaliating Against me I Got A response Back stating "You wouldnt have so many Issues if you would Stop Snitching on Staff" this is Clear Harassment And retaliation she then wrote "You Did this to yourself Deal with it Stewart Little" Discriminatory Harassment And failure to Protect me from A Hostile enviorment I wish to Sue for 1st Ammendment 8th Ammendment rights Violations I Begged for Protection from her own staff members ↓

warden Burgess refused to Even speak with them instead Joining in to further Harass me + Discriminate Due to what Ive Done in the Past to report staff Harassment to the warden AND request Protection from said staff members warden is responsible to Protect from retaliation AND Harassment As well As A.D.W., Tum, Arus Ect instead of help me M. Burgess refused to Protect me violating my right to EQual Protection AND Deliberatly retaliating + Harassing me

Claims numbered seperately

## IV. Relief

State briefly and precisely what you want the court to do for you.

I Ask relief As court Deem Appropriate And Justice

I Also Ask the court Grant A P.P.O. order on t. Bassett who has Been retaliating Against And Harassing me from the Start It's Not fair treatment And the facility warden is refusing Protection And Also retaliating And Harassing me

I seek Justice As the court Deems

I Do Ask for mental Health counsaling for mental Damage relief

## V. Notice to Plaintiff Regarding Consent

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☒ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☐ I request that this case be assigned to a district judge.

7-12-26
Date

[illegible signature]
Signature of Plaintiff

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

Additional Information



#1.) Since fileing this Grievance I've Been retaliated Against And refused Care numerous times And harassed by medical staff I Plan to Bring forth Evidence to Prove how I was harassed, Cruelly Punished, Discriminated Against And refused health care services these issues Are Being covered up I've even Been threatened by the facility warden And retaliated Against by Grievance Coordinator As ~~Re~~ T. Bassett stated Both Grievances were the same And rejected them when Clearly one is on him the other on Nurse Mason for Discriminatory harassment unnessary Name Calling was unProffessional As well As refusing medical care for An Emergency Facility warden M. Burgess has Directally And inDirectly retaliated Against me for intending to sue including Discriminatory harassment Deliberate indifference And failure to Protect me from Hostile situation & further Harassment
Nurse Candi Mason - has completly retaliated Against me since this has happened including refusing Care / treatment, Harassing comments Calling me A rat & faggot All the time Phone Conversations Are said to Be recorded but I Cannot Get A Proper investigation Done Due to Grievance Coordinator t. Bassett rejecting All Evidence he did A very Poor investigation And retaliated Against me for snitching on staff by Placing me on Grievance restriction rejecting All other form And not Doing Any investigation in the incident this conversation could have Easily Been listened to by t. Bassett I requested to save the Conversation as well as the Body camera form I wrote on c/o Swandt for Destroing ~~[illegible]~~ Evidence he was the only officer in my cell And right After he Came out I went in And it was Gone the video footage shows him Putting it in his Pocket to Destroy At A Latter time
I'm sueing nurse mason for failure to Provide medical care / treatment for An Emergency under the 8th Ammendment And discriminatory harassment, Deliberate - indifference, Equal Protection refusing health care service And retaliation →

I have A very Strong Paper train in this Case I Look forward to Putting it All infront of A Judge I can Prove All of what I Claim thank you for your time to review this so far I only Ask for A fair chance to Prove this Claim

Attached Are original Grievance And step 3 Appeal form Ive Also included the Grievance on t-Bassett to Prove retaliation And how he has tried to cover up this issue as You can see Grievance #694-28A is on t-Bassett he States it is A Duplicate to the second But clearly is Not it states facts of whats Being Covered up And is Clearly Wrote for t-Bassett refusing to file My Claim saying it Never Existed

the Grievance on medical was Completly Covered up And rejected Stateing I Never tried to resolve the issue with staff involved But thats Not true At the top it Clearly states I spoke with medical on the Phone trying to resolve the issue there was No other way to resolve with Staff As She refused to speak with me I have Also Kited Medical Nurse Supervisor multiple times As well And Get refused And Harassed for "Being A Snitch"

sorry this is so Long I know I will have more time to Prove my claim

My information is: Chance William perkins 358032
Address is: OAKs correctional facility
1500 Caberfae HWy
Manistee MI 49660

Chance [signature] 7-11-26

Chance Perkins, 358032
OAKs Correctional Facility
1500 Caberfae Hwy
Manistee MI, 49660

FIRST-CLASS
US POSTAGE IMI PITNEY BOWES
ZIP 49660 $ 001.65⁰
02 7W
0008040228 JUL 15 2026

[illegible] clerk of the Court
United States District Court
330. federal BlDG
202. W. washington St.
P.O Box #698
Marquette MI 49855